UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-

SHAWN WILLIAMS,
                             Defendant.
------------------------------------------------------------X

**ORDER**

15 CR. 288 (RMB)

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 4, 2016;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that Shawn Williams's guilty plea is accepted.


Dated: New York, New York
       March 14, 2016

_____
RICHARD M. BERMAN, U.S.D.J.